IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAMMER FELAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-24-CV-1343-FB |
| | § | |
| JIM PRZYBYLSKI, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Report and Recommendation of United States Magistrate Judge filed on October 20, 2025 (ECF No. 26); Defendant's Objections to Report and Recommendation of United States Magistrate Judge filed on October 31, 2025 (ECF No. 30); Plaintiff's Response to Defendant's Objections to the Magistrate's Report and Recommendations filed on November 14, 2025 (ECF No. 33); and Defendant Jim Przybylski's Reply to Plaintiff's Response to Defendant's Objections to Report and Recommendation Regarding Defendant's Motion for Summary Judgment on *Heck v. Humphrey* filed on November 19, 2025 (ECF No. 34).

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of them. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether they are either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

On the other hand, any Report or Recommendation to which there are objections requires *de novo* review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a *de novo* review

when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Commission*, 834 F.2d 419, 421 (5th Cir. 1987).

In the Report, United States Magistrate Judge Chestney recommends to this Court that Defendant Jim Przybylski's Motion for Summary Judgment Regarding *Heck v. Humphrey* (ECF No. 19) be denied because Mr. Felan's excessive-force claim is conceptually distinct from his conviction of evading arrest or detention with a vehicle.

The Court has reviewed the Defendant's objections and reply and Plaintiff's response, and has conducted a de novo review of those issues properly raised by the Defendant in his objections. The Court finds, after careful consideration of the record and the Report and Recommendation, that the Defendant's objections lack merit and are overruled. Therefore, the Court hereby accepts, approves, and adopts the Magistrate Judge's factual findings and legal conclusions contained in the Report and Recommendation (ECF No. 26), incorporates herein the arguments and authorities presented by Plaintiff in his Response (ECF No. 33) and finds the recommendation should be accepted such that Defendant Jim Przybylski's Motion for Summary Judgment Regarding *Heck v. Humphrey* (ECF No. 19) should be DENIED.

Accordingly, it is hereby ORDERED that the Report and Recommendations of the United States Magistrate Judge, filed in this case on October 20, 2025 (ECF No. 26) is ACCEPTED such that Defendant Jim Przybylski's Motion for Summary Judgment Regarding *Heck v. Humphrey* (ECF No. 19) is DENIED.

It is so ORDERED.

SIGNED this 30th day of March, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

-2-